BEFORE THE THIRD DIVISION, APRIL 29, 1958

**No. 61882.**—United China & Glass Company *v.* United States, protests 316228–K/15001, 316420–K/14969, and 322756–K/15151 (New Orleans).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of decorated porcelain bonbon dishes the same in all material respects as those the subject of Abstract 50567, the claim of the plaintiff was sustained.